UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND AND
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Petitioners,

and

TRUTHFUL FASHION INC.,
Respondent.

**AFFIDAVIT OF SERVICE**
**07 Civ. 3898 (LLS)**

---

STATE OF NEW YORK  )
                                     ) ss.
County of New York      )

Annie Habeeb, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the County of Suffolk, New York 11788.

2. On May 22, 2007 I served the Respondent herein with a copy of the Petition to Confirm Arbitration Award by delivering a true copy of said Motion papers in an envelope addressed to the Respondent at 243 Canal Street, 2nd Floor, New York, New York 10013 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7834 8135 and regular mail.

_____
Annie Habeeb

Sworn to, before me, this
22nd day of May 2007

_____
ARMAND SPILOTROS
Notary Public, State of New York
No. 01SP4839358
Qualified in Queens County
Commission expires July 31, 2009